Nashua District Court
No. 81-407

### L & R RENTALS d/b/a
### SEARS RENT–A–CAR

v.

### MATTHEW JUDGE

April 2, 1982

*Kenneth E. Churbuck*, of Nashua, by brief for the plaintiff.

*Nashua Law Center*, of Nashua (*Barbara B. Millar* on the brief), by brief for the defendant.

### MEMORANDUM OPINION

The plaintiff, L & R Rentals, sued the defendant, Matthew Judge, for money due on a contract to rent a motor vehicle. The dispute was whether the $5.50 insurance charge was a flat fee, as the defendant claimed, or a daily fee, as the plaintiff alleged. After a trial before *Pantelas*, J., judgment was rendered for the plaintiff, and the defendant appealed.

The trial court's findings of fact and rulings of law are not before us, and we do not have a record of the conflicting testimony below. Our rules contemplate such situations, and provide in pertinent part:

> "Rule 13. The Record
>
> . . . .
>
> (3) The moving party shall be responsible for presenting to the supreme court a record sufficient for the court to decide the questions of law presented by the case. The supreme court may dismiss the case for lack of such a record.
>
> . . . .
>
> Rule 15. Transcripts
>
> . . . .
>
> (3) If the moving party intends to argue in the supreme court that a finding or conclusion is unsupported by the evidence or is contrary to the evidence, he shall include in the record a transcript of all evidence relevant to such finding or conclusion. . . ."

Sup. Ct. Rs. 13, 15.

In accordance with these rules, the decision below is

*Affirmed.*